DAINES *v.* TARABUSI.

SAME *v.* SAME.

1. JUDGMENT—MAY NOT EXCEED AMOUNT NAMED IN AD DAMNUM CLAUSE.

In action on bond, judgment may not exceed amount named in *ad damnum* clause of declaration.

2. PLEADING—AMENDMENT—AD DAMNUM CLAUSE MAY BE AMENDED.

Under 3 Comp. Laws 1915, § 12478, trial court, in action on bond, had right to permit amendment of *ad damnum* clause of declaration to conform to proofs.

Error to Oakland; Doty (Frank L.), J. Submitted January 21, 1930. (Docket Nos. 84, 85, Calendar Nos. 34,770, 34,771.) Decided March 7, 1930.

Separate actions of assumpsit by Mark A. Daines and another and Harold P. Daines and another against Louis Tarabusi and American Employers' Insurance Company, a foreign corporation, on a bond. From judgments for plaintiffs, defendants bring error. Affirmed.

*Pelton & McGee,* for plaintiffs.

*Arthur E. Moore,* for defendants.

CLARK, J. The declaration in each of these cases is on a bond. At the conclusion of proof, plaintiffs had shown damage in excess of the amount named in the *ad damnum* clause. They asked and were given leave to amend.

Plaintiffs had judgment in each case here reviewed on error.

The sole contention is that the judgment may not exceed the amount named in the *ad damnum* clause. True, but the court permitted amendment of the clause as he had right to do. 3 Comp. Laws 1915, § 12478; *Zeilman* v. *Fry,* 213 Mich. 504; *Gates* v. *Beebe,* 170 Mich. 107.

Affirmed.

Wiest, C. J., and Butzel, McDonald, Potter, Sharpe, North, and Fead, JJ., concurred.